```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUDITH ADELA FERNANDEZ MARTINEZ,

                Plaintiff,

  - against -

WTC COMPANIES, LLC,

                Defendant.

25-cv-3826 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **August 12, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:  New York, New York
       May 12, 2025

                                                      John G. Koeltl
                                        United States District Judge