UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH ADELA FERNANDEZ MARTINEZ,

      Plaintiff,    25-cv-3826 (JGK)

  - against -       ORDER

WTC COMPANIES, LLC,

      Defendant.

---

JOHN G. KOELTL, District Judge:

  The parties were directed to update the Court regarding their settlement discussions by August 12, 2025. The Court extended that time until September 11, 2025. To date, the parties have not provided the Court with an update. The parties are directed to provide an update regarding their settlement discussions to the Court by **September 30, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated: New York, New York
    September 15, 2025

                /s/ John G. Koeltl
                John G. Koeltl
              United States District Judge